IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN JAMES,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, a corporation based in Tennessee; and JOHN DOE, an individual,

Defendants

---

FEDERAL EXPRESS CORPORATION, a corporation based in Tennessee,

Third-Party Plaintiff,

v.

RICKY JACKSON,

Third-Party Defendant.

Case No. 3:24-cv-01487-YY

ORDER

**BAGGIO, District Judge:**

Magistrate Judge You issued a Findings and Recommendation on August 3, 2026, in which she recommends the Court grant Defendants' Motion for Summary Judgment and dismiss this case with prejudice. F&R, ECF No. 45. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

**CONCLUSION**

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [45]. Accordingly, Defendant's Motion for Summary Judgment [45] is GRANTED, and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 9th day of September, 2026.

AMY M. BAGGIO
United States District Judge